# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## Case No. 22-21997-CIV-ALTONGA

Commodities Futures Trading Commission

    Plaintiff,

v.

Empires Consulting

Corp., et al.,

    Defendants,

_____/

FILED BY _____ D.C.
JUL 1 1 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

--------Notice of Appeal------------

1. Notice is hereby given that Joshua David Nicholas, *Pro Se* in the above mentioned case, hereby Appeals to the United States Court of Appeals in the 11th circuit from.

    1. The final order of judgement entered on 2/4/2025 in ECF 53.

    2. The order denying Motion to Set Aside Default Judgement entered on 6/17/2025 in ECF 71.

    3. The order denying as Moot the motion for reconsideration entered on 6/30/2025 in ECF 73.

This appeal challenges the injunctive relief provisions and the scope of the trading ban contained in the final judgement, as well as the denial for reconsideration.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE
CLERK OF COURT

APPEALS SECTION
305-523-5080

TO: COUNSEL OF RECORD/APPELLANT



DATE: 07/11/2025

IN RE:   District Court No: 22-CV-21997-CMA

Style: COMMODITY FUTURES TRADING COMMISSION V. EMPIRES CON

**ORDERING AND DESIGNATION OF REPORTER'S TRANSCRIPTS [Pursuant to FRAP 10(b)]**

This will acknowledge the Notice of Appeal filed in the above case which has been transmitted to the Eleventh Circuit Court of Appeals in Atlanta, GA.

**WITHIN FOURTEEN (14) DAYS** from the date of the Notice of Appeal being filed, the appellant must complete the attached *Transcript Information Form (TIF)*, **REGARDLESS OF WHETHER TRANSCRIPTS ARE BEING ORDERED OR NOT**. The *TIF* must be completed and mailed to the District Court Clerk at 400 N. Miami Avenue, Room 8N09, Miami, FL 33128-7716, **ATTN: COURT REPORTER COORDINATOR** in the attached envelope.

**COMPLETE THE SECTION REQUESTING TRANSCRIPTS ONLY WHEN REQUESTING TRANSCRIPTS OF HEARINGS WHICH TOOK PLACE IN THE DISTRICT COURT.** Arrangements for payment must be made with the court reporter within ten (10) days of the request.

**Counsel appointed pursuant to the Criminal Justice Act must complete a CJA 24**, *Authorization and Voucher for Payment of Transcript*, attach it to this form and forward them to the **COURT REPORTER COORDINATOR** at the above mentioned address. These forms are available at the Intake Section of the Clerk's Office.

If opposing counsel wishes to file a supplemental designation of a transcript, **you must file a motion to supplement the record with the Court of Appeals in Atlanta**. If granted, a supplemental *TIF* must be prepared and forwarded to the court reporter. The District Court **cannot** file a late designation without an order from the Court of Appeals. The court reporter **cannot** accept any further designations for the purpose of appeal other than the appellant's original unless the Court of Appeals has granted permission.

The **CERTIFICATE OF READINESS OF THE RECORD ON APPEAL** will be transmitted upon the filing of the court reporter's transcript or upon notice that a transcript will NOT be ordered.

If you have any questions, please contact the Court Reporter Coordinator at 305-523-5635.

Sincerely,
Angela E. Noble, Clerk of Court

By:   J.GONZALEZ
             Deputy Clerk

attachment

| ☑ 400 North Miami Avenue<br>Room 8N09<br>Miami, FL 33128-7716<br>305-523-5100 | ☐ 299 E. Broward Boulevard<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ 701 Clematis Street<br>West Palm Beach, FL 33401<br>561-803-3400 | ☐ 301 Simonton Street, Rm 130<br>Key West, FL 33040<br>305-296-4947 | ☐ 300 South 6th Street<br>Ft. Pierce, FL 34950<br>561-595-9691 |